43 A.3d 1287

David LUSIK, Appellant

v.

**PENNSYLVANIA BOARD OF PROBATION AND PAROLE;**
Cynthia Daub, Board Secretary; Matthew T. Mangino, Esquire, Board Member; Allan M. Robinson, Esquire, Board Attorney; Judith B. Selvey, Parole Staff Technician; Steven Palm, Unlicensed Therapist; Dr. Simmons, Staff Psychologist; Unit Manager Heberling; and Eric D. Ray, Corrections Classification Program Manager, Appellees.

Supreme Court of Pennsylvania.

May 7, 2012.

## *ORDER*

PER CURIAM.

**AND NOW,** this 7th day of May, 2012, the order of the Commonwealth Court is **AFFIRMED.**

The request for Leave for Permission to File Application Rule 2501(a) filed April 4, 2012 and the request for Leave to File the Documents filed on April 23, 2012 are **DENIED.**